UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JESSICA AGUILAR, individually and on behalf of others similarly situated,

23-cv-06931  ENV-CLP

Plaintiffs,

- against -

MITO ASIAN FUSION, INC. d/b/a MITO ASIAN FUSION and YI CHEN, WEI CHEN, YONG CHEN, YILEI CAO, and CHANGXI ZOU individually,

Defendants.

-----------------------------------------------------------------X

To:     see attachment

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Offices of Jacob
Aronauer 225 Broadway 3rd Floor
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date:   9/20/2023



s/Kimberly Davis
_____
Signature of Clerk or Deputy Clerk

Mito Asian Fusion, Inc. d/b/a Mito Asian Fusion
64-18
108th Street
Forest, NY 11375

Yi Chen
64-18
108th Street
Forest, NY 11375

Wei Chen
64-18
108th Street
Forest, NY 11375

Yong Chen
64-18
108th Street
Forest, NY 11375

Yilei Cao
64-18
108th Street
Forest, NY 11375

Changxi Zou
64-18
108th Street
Forest, NY 11375