UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JESSICA AGUILAR, individually and on behalf of others similarly situated,

Civil Case No.: 23-cv-06931

**Notice of Acceptance of Offer of Judgment**

Plaintiffs,

- against -

MITO ASIAN FUSION, INC. d/b/a MITO ASIAN FUSION and YI CHEN, WEI CHEN, YONG CHEN, YILEI CAO, and CHANGXI ZOU individually,

Defendants.

------------------------------------------------------------------X

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Plaintiff Jessica Aguilar ("Plaintiff") hereby serve notice that they accept Defendants' offer of judgment by which Defendants offer to pay Plaintiff the sum of $25,000 in connection with her Fair Labor Standards Act claims alleged in this Action. Plaintiff acknowledges and accepts that this offer of judgment shall constitute satisfaction of any and all claims and causes of action of any kind against Defendants that have been asserted or could have been asserted in this lawsuit by or on behalf of Plaintiff, under the Fair Labor Standards Act.

Dated: March 5, 2024
      New York, New York

                                   **THE LAW OFFICES OF JACOB ARONAUER**

                              By:  */s/ Jacob Aronauer*
                                     Jacob Aronauer
                                     250 Broadway, Suite 600
                                     New York, NY 10007
                                     (212) 323-6980
                                     jaronauer@aronauerlaw.com

                                     *Attorneys for Plaintiff*

BEFORE THE
AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| JESSICA AGUILAR,<br><br>      Claimant,<br><br>      v.<br><br>MITO ASIAN FUSION, INC. d/b/a<br>MITO ASIAN FUSION and YI CHEN,<br>WEI CHEN, YONG CHEN, YILEI<br>CAO, and CHANGXI ZOU individually,<br><br>      Respondents. | **OFFER OF JUDGMENT TO CLAIMANT JESSICA AGUILAR** |

---

Respondents MITO ASIAN FUSION, INC. d/b/a MITO ASIAN FUSION, YI CHEN, WEI CHEN, YONG CHEN, YILEI CAO, and CHANGXI ZOU (collectively, "Respondents"), pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby serve this Offer of Judgment upon Claimant Jessica Aguilar ("Claimant").

The terms of the Offer of Judgment are as follows:

1. Respondents hereby offer to allow judgment in this action to be taken in favor of Claimant and against Respondents in the total amount of **Twenty-Five Thousand Dollars and Zero Cents ($25,000.00)**, on all Claimant's claims in the Complaint filed on or around February 8, 2024. For the avoidance of any doubt, this amount includes any and all of Claimant's claims for interest, liquidated damages, costs, attorneys' fees, and any and all other measures of potential recovery that Claimant could seek as a result of her claims.

2. The purpose of this Offer of Judgment is to encourage settlement and to avoid further litigation. Although Respondents contend that the claims in this action are without merit, Respondents propose to allow judgment to be entered against them pursuant to Rule 68 of

the Federal Rules of Civil Procedure as described herein, solely for the purpose of resolving Claimant's claims in their entirety, without the costs and burdens associated with further litigation. Accordingly, this Offer of Judgment is not to be construed as an admission that Respondents are liable in this action or that Claimant suffered any damages.

3. A judgment entered upon acceptance of this Offer of Judgment shall not be deemed to have determined or adjudicated any issue relevant to the merits of the claims of Claimant, and shall have no effect whatsoever except in aiding the settlement of this case.

4. This Offer of Judgment is conditioned upon Claimant's compliance with the Medicare, Medicaid, and SCHIP Extension Act of 2007 (P.L. 110- 173), which, in part, amended the Medicare Secondary Payer statute at 42 U.S.C. § 1395y(b)(7) and (8).

5. This Offer of Judgment may be accepted, in writing, within fourteen (14) days of service. No verbal communications shall constitute an acceptance, rejection or counter-offer to this Offer of Judgment. If, within fourteen (14) days after being served, Claimant serves written notice accepting the offer, any party may then file the offer and notice of acceptance, plus proof of service, so that the clerk may then enter judgment. If Claimant does not accept the offer within fourteen (14) days, it is considered rejected and withdrawn.

6. Acceptance of the Offer of Judgment by Claimant shall be deemed to resolve all claims asserted by Claimant in this action, all claims expressly or impliedly stated by Claimant in this action, all claims by Claimant that are based on the same transaction(s) at issue in this action, and all claims Claimant could have asserted against Respondents, their parents, subsidiaries, affiliates, vendors, contracting entities, and related entities and all of their respective agents, attorneys, employees, officers, directors, shareholders, members, managers, employee benefit plans and fiduciaries, insurers, successors, and assigns.

7. By accepting this Offer of Judgment, Claimant foregoes any right to relief with respect to her claims in this action, including but not limited to: (a) declaratory and/or injunctive relief; (b) economic damages; (c) compensatory damages; (d) penalties, non-economic damages, and/or punitive damages; (e) pre-judgment interest, post-judgment interest and/or liquidated damages; (f) any additional amounts for costs, expenses, attorneys' fees, and/or expert fees; and (g) any other relief not specifically provided by Paragraph 1 of this Offer of Judgment.

Dated: New York, New York

February 21, 2024

LITTLER MENDELSON, P.C.

s/ Kevin K. Yam
Kevin K. Yam, Esq.
900 Third Avenue, 8th Floor
New York, NY 10022-3298
(212) 583-9600
kyam@littler.com

*Attorneys for Respondents MITO ASIAN FUSION, INC. d/b/a MITO ASIAN FUSION, YI CHEN, WEI CHEN, YONG CHEN, YILEI CAO, and CHANGXI ZOU*