UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JESSICA AGUILAR, individually and on behalf
of others similarly situated,

                        Plaintiff,                  JUDGMENT

    v.                                                 23-cv-06931-ENV-CLP

MITO ASIAN FUSION, INC. d/b/a MITO
ASIAN FUSION aNd YI CHEN, WEI CHEN,
YONG CHEN, YILEI CAO, and CHANGXI
ZOU individually,

                        Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 7, 2024; and Defendants MITO ASIAN FUSION, INC. d/b/a MITO ASIAN FUSION, YI CHEN, WEI CHEN, YONG CHEN, YILEI CAO, and CHANGXI ZOU, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Jessica Aguilar in the total amount of Twenty-Five Thousand Dollars and, Zero Cents ($25,000.00), on all Claimant's claims in the Complaint filed on or around February 8, 2024; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Jessica Aguilar and against Defendants MITO ASIAN FUSION, INC. d/b/a MITO ASIAN FUSION, YI CHEN, WEI CHEN, YONG CHEN, YILEI CAO, and CHANGXI ZOU, in the total amount of Twenty-Five Thousand Dollars and, Zero Cents ($25,000.00), on all Claimant's claims in the Complaint filed on or around February 8, 2024.

Dated: Brooklyn, New York                                Brenna B. Mahoney
       March 11, 2024                                        Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                             Deputy Clerk